**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Benzie Leasing, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Xpress Lube of Benzonia** **DBA  Bay Auto Wash** **DBA  Benzie Wash** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3537495** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2840 Benzie Hwy** **Benzonia, MI 49616** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Benzie** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify:

Debtor    **Benzie Leasing, LLC**
_____    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
        __8111__

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____

Debtor   **Benzie Leasing, LLC**                                      Case number (*if known*) _____
         Name

**11.  Why is the case filed in**     *Check all that apply:*
     **this district?**
                                  ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                     preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
     **have possession of any**     ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**               **Why does the property need immediate attention?** (*Check all that apply.*)

                                         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                            What is the hazard?  _____

                                         ☐ It needs to be physically secured or protected from the weather.

                                         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                            livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                         ☐ Other _____

                                         **Where is the property?** _____
                                                                  Number, Street, City, State & ZIP Code

                                         **Is the property insured?**

                                         ☐ No

                                         ☐ Yes.   Insurance agency  _____
                                                  Contact name      _____
                                                  Phone             _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of** .      *Check one:*
     **available funds**
                                  ■  Funds will be available for distribution to unsecured creditors.

                                  ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
     **creditors**            ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                              ☐ 200-999

---

**15.  Estimated Assets**    ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ■ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Benzie Leasing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2016**
              MM / DD / YYYY

**X** **/s/ David A. Wolfe**                          **David A. Wolfe**
Signature of authorized representative of debtor      Printed name

Title   **Sole Member and Manager**

**18. Signature of attorney**

**X** **/s/ Michael P. Corcoran**        Date **January 27, 2016**
Signature of attorney for debtor              MM / DD / YYYY

**Michael P. Corcoran**
Printed name

**Corcoran Law Office**
Firm name

**617 West Front Street**
**Traverse City, MI 49684**
Number, Street, City, State & ZIP Code

Contact phone   **(231) 929-7000**   Email address   **2corm@charter.net**

**P37555**
Bar number and State

IN RE BENZIE LEASING, LLC

ATTACHMENT TO VOLUNTARY CHAPTER 11 PETITION

PARAGRAPH 8

BALANCE SHEET AS OF JANUARY 27, 2016

PROFIT & LOSS, JANUARY 1 - 27, 2016

STATEMENT OF CASH FLOWS, JANUARY 1 - 27, 2016

5:27 PM
01/27/16
Accrual Basis

## Benzie Leasing, LLC
## Balance Sheet
### As of January 27, 2016

|  | Jan 27, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| West MI Bank & Trust Checking | 751.87 |
| **Total Checking/Savings** | 751.87 |
| **Accounts Receivable** | |
| Accounts Receivable | 4,864.22 |
| **Total Accounts Receivable** | 4,864.22 |
| **Other Current Assets** | |
| A/R Employee | 400.00 |
| Inventory Asset | 5,854.00 |
| **Total Other Current Assets** | 6,254.00 |
| **Total Current Assets** | 11,870.09 |
| **Fixed Assets** | |
| **Assets net of Depreciation** | |
| Building | 749,817.00 |
| Equipment | 294,297.99 |
| Furniture and Fixtures | 7,433.00 |
| Vehicles | 13,950.00 |
| Leasehold Improvements | 28,165.00 |
| Accumulated Depreciation | (517,835.96) |
| **Total Assets net of Depreciation** | 575,827.03 |
| **Land** | 151,927.00 |
| **Total Fixed Assets** | 727,754.03 |
| **Other Assets** | |
| **Intanibles net of Amortization** | |
| Accreued Loan Fees | 28,523.10 |
| Accumulated Amortization | (6,810.77) |
| **Total Intanibles net of Amortization** | 21,712.33 |
| **N/R Related Parties** | |
| N/R Narrow Gauge | 71,281.47 |
| **Total N/R Related Parties** | 71,281.47 |
| **Total Other Assets** | 92,993.80 |
| **TOTAL ASSETS** | 832,617.92 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 107,144.00 |
| **Total Accounts Payable** | 107,144.00 |
| **Other Current Liabilities** | |
| **Payroll Liabilities** | |
| Accrued State Payroll Taxes | 481.02 |
| **Total Payroll Liabilities** | 481.02 |
| Sales Tax Payable | 11,603.22 |
| **Total Other Current Liabilities** | 12,084.24 |
| **Total Current Liabilities** | 119,228.24 |

5:27 PM
01/27/16
Accrual Basis

# Benzie Leasing, LLC
# Balance Sheet
## As of January 27, 2016

|  | Jan 27, 16 |
|---|---:|
| **Long Term Liabilities** | |
| N/P Honor Bank XPress Lube | 230,815.00 |
| N/P Honor Bank Bay Wash | 190,214.00 |
| N/P Honor Bank Benzie Wash | 397,019.00 |
| N/P On Deck Capital | 99,816.00 |
| N/P Forward Financing LLC | 27,000.00 |
| N/P Funding Metrics | 17,136.00 |
| N/P Blarney Castle | 19,044.80 |
| **Total Long Term Liabilities** | 981,044.80 |
| **Total Liabilities** | 1,100,273.04 |
| **Equity** | |
| Owner Equity | (272,112.89) |
| Net Income | 4,457.77 |
| **Total Equity** | (267,655.12) |
| **TOTAL LIABILITIES & EQUITY** | 832,617.92 |

5:32 PM

01/27/16

Accrual Basis

# Benzie Leasing, LLC
# Profit & Loss
### January 1 - 27, 2016

|  | Jan 1 - 27, 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income from XPress Lube | 54,738.27 |
| Income from Benzie Car Wash | 0.00 |
| **Total Income** | 54,738.27 |
| **Cost of Goods Sold** | |
| Direct Labor Costs | 3,884.82 |
| Purchases-Tires | 7,362.94 |
| Purchases | 7,943.46 |
| Waste Disposal | 30.00 |
| **Total COGS** | 19,221.22 |
| **Gross Profit** | 35,517.05 |
| **Expense** | |
| Bank Card Charges | 1,471.62 |
| Bank Service Charges | 25.00 |
| Computer and Internet Expenses | 386.77 |
| Insurance Expense | 1,438.43 |
| Legal & Professional | 25,920.00 |
| **Payroll Expenses** | |
| Federal Payroll Tax Expense | 295.41 |
| State Payroll Taxes | 397.75 |
| **Total Payroll Expenses** | 693.16 |
| Office Supplies | 185.50 |
| Salaries & Wages | 0.00 |
| Uniforms & Laundry | 376.12 |
| Utilities | 562.68 |
| **Total Expense** | 31,059.28 |
| **Net Ordinary Income** | 4,457.77 |
| **Net Income** | 4,457.77 |

5:41 PM

01/27/16

# Benzie Leasing, LLC
## Statement of Cash Flows
### January 1 - 27, 2016

|  | Jan 1 - 27, 16 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 4,457.77 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| A/R Employee | -400.00 |
| Payroll Liabilities:Accrued Federal Payroll Taxes | -880.64 |
| Payroll Liabilities:Accrued State Payroll Taxes | 241.46 |
| Sales Tax Payable | -2,010.79 |
| **Net cash provided by Operating Activities** | 1,407.80 |
| **FINANCING ACTIVITIES** |  |
| Owner Equity | -2,300.00 |
| **Net cash provided by Financing Activities** | -2,300.00 |
| **Net cash increase for period** | -892.20 |
| **Cash at beginning of period** | 1,644.07 |
| **Cash at end of period** | 751.87 |

CERTIFICATE OF UNANIMOUS WRITTEN CONSENT
OF THE MEMBERS OF BENZIE LEASING  LLC
AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

THE UNDERSIGNED, representing all of the members of Benzie Leasing LLC, a
Michigan Limited Liability Company, (the "Company"), do hereby, pursuant to the authority of
the Michigan Limited Liability Company Act, as amended, and the pertinent section for the
Operating Agreement of the Company, unanimously consent in writing to the following actions
to be taken by the Company, intending that such actions shall be valid actions as though
authorized at a meeting of  the members duly called and held for such purposes:

WHEREAS, from the information presented to the Company it appears that the Company
is no longer able to pay or meet its debts and obligations as they become due, that the Company
qualifies as a debtor under Chapter 11 of the United States Bankruptcy Code, and that it is in the
best interest of the Company to file a petition under Chapter 11; therefore,

IT IS UNANIMOUSLY RESOLVED by the members of the Benzie Leasing LLC,  a
Michigan Limited Liability Company, that the Company should file a petition under Chapter 11
of the United States Bankruptcy Code and thereafter file a plan of reorganization for the
Company under Chapter 11.

IT WAS FURTHER RESOLVED by the members of the Company that Michael P.
Corcoran, Attorney at Law, and the Corcoran Law Office be retained to represent the Company
on all matters related to the Chapter 11 case, including the filing of the petition and initial
pleadings.

IT WAS FURTHER RESOLVED by the members of the Company that David A. Wolfe,
the General Manager of the Company, be authorized and directed to execute any and all petitions,
statements, schedules, plans and other necessary documents in the Chapter 11 case on behalf of
the Company.

The foregoing matters were transacted and unanimously approved by all the members of
the Company at a special meeting duly called and held on the _____ day of December, 2015.

Certified under penalty of perjury this_____day of December, 2015.

by: _____

David A. Wolfe
General Manager

In re   **Benzie Leasing, LLC**                                    Case No. _____
                          Debtor(s)


# FORM 1. VOLUNTARY PETITION
**Attachment B**

**Fill in this information to identify the case:**

Debtor name      **Benzie Leasing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $     **653,200.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $     **164,020.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $     **817,220.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **1,000,034.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................... $     **10,073.45**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................ +$     **260,026.00**

4.  **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

   $     **1,270,133.45**

# United States Bankruptcy Court
## Western District of Michigan

In re    **Benzie Leasing, LLC**                                                    Case No. _____

                                         Debtor(s)                  Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **January 27, 2016**                           **/s/ David A. Wolfe**
_____          _____
                                          **David A. Wolfe/Sole Member and Manager**
                                          Signer/Title

19TH CIRCUIT COURT
CASE #15-10219-NF
448 COURT PLACE
BEULAH MI 49617

ANNE LOWE
C/O DINGMAN & DANCER, PLC
100 PARK STREET
TRAVERSE CITY MI 49684

BEST ONE FLEET SERVICE OF WM
3404 12TH
WAYLAND MI 49348

BIEHL & BIEHL
PO BOX 87410
CAROL STREAM IL 60188

BLARNEY CASTLE OIL CO
PO BOX 246
BEAR LAKE MI 49614

CADILLAC WHOLESALE
7987 E 34 RD.
CADILLAC MI 49601

CORPORATE SERVICE CO
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

CORPORATE SERVICE CO.
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

DAVID WOLFE
18950 MEADOW LARK RD.
THOMPSONVILLE MI 49683

DEATH VALLEY
PO BOX 1863
TROY MI 48099

DEATH VALLEY, LLC
PO BOX 1863
TROY MI 48099

EBF PARTNERS, LLC
2001 NW 107TH AVE.
MIAMI FL 33172

ELHART & HORVATH, PC
329 SOUTH UNION
TRAVERSE CITY MI 49684

EXPRESS TIRE
PO BOX 1230
122 S. CEDAR
KALKASKA MI 49646

FORWARD FINANCING LLC
36 BROMFIELD STREET 2ND FLOOR
BOSTON MA 02108

FUNDING METRICS
884 TOWN CENTER DR
LANGHORNE PA 19047

FUNDING METRICS
884 TOWN CENTER DR.
LANGHORNE PA 19047

GROGAN LAW, PC
3240 RACQUET CLUB DRIVE
TRAVERSE CITY MI 49684

HONOR BANK
PO BOX 67
HONOR MI 49640

JULIE A. GILLUM, ESQ.
501 BAY STREET
TRAVERSE CITY MI 49684

MARK R. MUELLER, ESQ.
GARAN LUCOW MILLER, PC
1131 E 8TH STREET
TRAVERSE CITY MI 49686

NAPA AUTO PARTS
PO BOX 2047
NORCROSS GA 30091

NW MICHIGAN SUPPLIERS
PO BOX 503
HONOR MI 49640

ON DECK CAPITAL, INC.
901 N. STUART ST.
ARLINGTON VA 22203

PATRICA L. WOLFE
8765 NARROW GUAGE RD.
BEULAH MI 49617

QUICK FIX CAPITAL
884 TOWN CENTER DRIVE
LANGHORNE PA 19047

ROWLEY'S WHOLESALE
PO BOX 1115
BAY CITY MI 48706

SCHNEIDER TIRE COMPANY
1454 FRANKLIN ST.
MARNE MI 49435

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
OFFICE OF COLLECTIONS
PO BOX 77929
DETROIT MI 48277-0929

STATE OF MICHIGAN UIA
PO BOX 33598
DETROIT MI 48232-5598

WALLACE H. TUTTLE, ESQ
3189 LOGAN VALLEY RD
PO BOX 969
TRAVERSE CITY MI 49685

WILLIAM H. MALEK
MICHIGAN BUSINESS ADVISORS LLC
2900 UNION LAKE ROAD STE 213
COMMERCE TOWNSHIP MI 48382

**Fill in this information to identify the case:**

Debtor name  **Benzie Leasing, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 27, 2016**          X */s/ David A. Wolfe*
                                         Signature of individual signing on behalf of debtor

                                         **David A. Wolfe**
                                         Printed name

                                         **Sole Member and Manager**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Benzie Leasing, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anne Lowe c/o Dingeman & Dancer, PLC 100 Park Street Traverse City, MI 49684** | | **Personal injury claimant, auto accident** | | | | **Unknown** |
| **Best One Fleet Service of WM 3404 12th Wayland, MI 49348** | | **Business Supplier** | | | | **$7,351.00** |
| **Blarney Castle Oil, Co. PO Box 246 Bear Lake, MI 49614** | | **Business Supplier** | **Disputed** | | | **$19,045.00** |
| **Cadillac Wholesale 7987 E 34 Rd. Cadillac, MI 49601** | | **Business Supplier** | | | | **$36,228.00** |
| **Corporate Service 801 Adlai Stevenson Springfield, IL 62703** | | **Business Loan** | **Disputed** | | | **$1.00** |
| **Death Valley, LLC PO Box 1863 Troy, MI 48099** | | **Business Loan** | **Disputed** | | | **$1.00** |
| **EBF Partners, LLC 2001 NW 107th Ave. Miami, FL 33172** | | **Business Loan** | **Disputed** | | | **$1.00** |
| **Elhart & Horvath, PC 329 South Union Traverse City, MI 49684** | | **Attorney Fees** | | | | **$1,839.00** |
| **Express Tire PO Box 1230 122 S. Cedar Kalkaska, MI 49646** | | **Business Supplier** | | | | **$21,058.00** |
| **Forward Financing, LLC 36 Bromfield Street 2nd Floor Boston, MA 02108** | | **Business Loan** | **Disputed** | | | **$27,000.00** |
| **Funding Metrics 884 Town Center Dr. Langhorne, PA 19047** | | **Business Loan** | **Disputed** | | | **$17,136.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Benzie Leasing, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Honor Bank**<br>**PO Box 67**<br>**HONOR, MI 49640** | | **Business Loan** | | **$818,000.00** | **$812,720.00** | **$5,280.00** |
| **NAPA Auto Parts**<br>**PO Box 2047**<br>**Norcross, GA 30091** | | **Business Supplier** | | | | **$893.00** |
| **NW MI Suppliers**<br>**PO Box 503**<br>**Honor, MI 49640** | | **Business Supplier** | | | | **$5,250.00** |
| **On Deck Capital**<br>**901 N. Stuart St.**<br>**Arlington, VA 22203** | | **Business Loan** | **Disputed** | | | **$99,816.00** |
| **Rowley's Wholesale**<br>**PO Box 1115**<br>**Bay City, MI 48706** | | **Business Supplier** | | | | **$23,554.00** |
| **Schneider Tire Co.**<br>**1454 Franklin St.**<br>**Marne, MI 49435** | | **Business Supplier** | | | | **$16,317.00** |
| **State of Michigan**<br>**Dept. of Treasury**<br>**Office of Collections**<br>**PO Box 77929**<br>**Detroit, MI 48277-0929** | | **Sales Tax** | | | | **$10,073.45** |
| **State of Michigan UIA**<br>**PO Box 33598**<br>**Detroit, MI 48232-5598** | | **Unemployment Insurance** | | | | **$1,674.36** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Benzie Leasing, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
<span style="float:right">12/15</span>

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$100.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.. **Checking account Last 4 digits of Acc# : 7273 West Michigan Bank & Trust, Frankfort, MI** | **Checking account** | 7273 | **$1,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
    <span style="float:right">**$1,100.00**</span>

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor    **Benzie Leasing, LLC**                                Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | 11,932.00 | - | 7,215.00 | = .... | $4,717.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**                                                                      | $4,717.00 |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Inventory and supplies, at estimated liquidation value** | 12/31/2015 | $1.00 | Liquidation | $5,854.00 |

**23.**   **Total of Part 5.**                                                                      | $5,854.00 |
         Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

Debtor   **Benzie Leasing, LLC**                                    Case number *(If known)* _____
Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** General purpose office furniture, desks, chairs, file cabinets, etc. | $0.00 | Replacement | $500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** General office equipment including computer equipment and peripherals, copy maching, fax machine, telephone system. | $1.00 | Liquidation | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $1,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **1989 GMC 1500 plowtruck** | $1.00 | Liquidation | $1,500.00 |
| 47.2.. **2000 Ford F-350 truck, 300,000 miles** | $6,104.00 | Liquidation | $3,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| Debtor | **Benzie Leasing, LLC** | | Case number *(If known)* | |
| | Name | | | |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Tools and equipment including oil pumps and grease pump, auto washing equipment inciluding laser washer equipment, tire changer/balancer with attendant tools and supplies, coin changers, automobile vacuums, camera systems, signs, at estimated liquidation v**

| | $2,568.00 | Liquidation | $74,867.00 |
| --- | --- | --- | --- |
| General mechanics tools | $1.00 | Liquidation | $500.00 |

**51.** **Total of Part 8.**

| | $79,867.00 |
| --- | --- |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **2864 Benzie Hwy., Benzonia, MI.  A commercial building on a 100 X 660 foot lot, bearing APN 10-02-103-031-00, the location of Debtor's operations under the assumed name of "Benzie Wash".** | Fee simple | $213,500.00 | Tax records | $225,200.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Benzie Leasing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **2840 Benzie Hwy., Benzonia, MI.  A commercial building on a 100 X 660 foot lot, bearing APN 02-103-044-00, location of Debtor's operations under the assumed name of "Xpress Lube".** | Fee simple | $346,540.00 | Tax records | $259,800.00 |
| 55.3. | **110 8th St., Frankfort, MI 49635.  A commercial building on two city lots, bearing APN 51-010-271-00, the location of Debtor's operations under the assumed name name of "Bay Auto Wash".** | Fee simple | $140,000.00 | Tax records | $168,200.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $653,200.00 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** **Domain name for Xpress Lube with website hosted/maintained by intergrated service software provider on a monthly basis** | $0.00 | Liquidation | $100.00 |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** **Customer list** | $0.00 | | $100.00 |
| **64.**   **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Benzie Leasing, LLC**                                    Case number *(If known)* _____
         Name

| 65. | **Goodwill** | | | |
| | **Goodwill** | $0.00 | | $1.00 |

| 66. | **Total of Part 10.** | | **$201.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:   All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |

| 71. | **Notes receivable** | | | |
| | Description (include name of obligor) | | | |
| | **Note receivabvle to Debtor from** | 71,281.00 | - | 0.00 | = | **$71,281.00** |
| | **Narrow Gauge, LLC.** | Total face amount | | doubtful or uncollectible amount | | |

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. | **Total of Part 11.** | | **$71,281.00** |
| | Add lines 71 through 77. Copy the total to line 90. | | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Benzie Leasing, LLC**
　　　　　Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,717.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,854.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $79,867.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $653,200.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $201.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $71,281.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $164,020.00 | + 91b. $653,200.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $817,220.00 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Benzie Leasing, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Corporate Service Co** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All assets except real property and automobiles** | **$1.00** | **$159,520.00** |
| | **801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Non-Purchase Money Security-UCC Form 1 all asset lien filed 09/04/2013** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**09/04/2013** | ☐ No | | |
| | **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☑ Disputed | | |
| | **1. Honor Bank**<br>**2. Corporate Service Co**<br>**3. Death Valley, LLC**<br>**4. Funding Metrics** | | | |

| **2.2** | **Death Valley, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All assets except real property and automobiles** | **$1.00** | **$159,520.00** |
| | **PO Box 1863**<br>**Troy, MI 48099** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Non-Purchase Money Security-UCC Form 1 all asset lien filed 04/07/2014** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**04/07/2014** | ☐ No | | |
| | **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Debtor    **Benzie Leasing, LLC**                                    Case number (if know) _____

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

---

| 2.3 | **Funding Metrics** | **Describe debtor's property that is subject to a lien** **All assets except real property and automobiles** | $17,136.00 | $159,520.00 |
|---|---|---|---|---|

Creditor's Name

**884 Town Center Dr
Langhorne, PA 19047**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security-UCC Form 1 all asset lien filed 10/16/2015**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/16/2015**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

---

| 2.4 | **Honor Bank** | **Describe debtor's property that is subject to a lien** **2840 Benzie Hwy., Benzonia, MI.  A commercial building on a 100 X 660 foot lot, bearing APN  02-103-044-00, location of debtor's operations under the assumed name of "Xpress Lube".** | $230,815.00 | $259,800.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 67
HONOR, MI 49640**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/2007**
**Last 4 digits of account number**
**2369**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Honor Bank** | **Describe debtor's property that is subject to a lien** **2864 Benzie Hwy., Benzonia, MI.  A commercial building on a 100 X 660 foot lot, bearing APN 10-02-103-031-00, the location of debtor's operations under the assumed name of "Benzie Wash".** | $397,019.00 | $225,200.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 67
HONOR, MI 49640**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Benzie Leasing, LLC**                                     Case number (if know)
          Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Mortgage** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **04/19/2007** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2368** | |
| **Do multiple creditors have an<br>interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Honor Bank** | **Describe debtor's property that is subject to a lien** | $190,214.00 | $168,200.00 |
|---|---|---|---|---|
| | Creditor's Name | **110 8th St., Frankfort, MI 49635.  A** | | |
| | | **commercial building on a 100 X 660 foot lot,** | | |
| | | **bearing APN 51-010-271-00, the location of** | | |
| | **PO Box 67** | **debtor's operations under the registered** | | |
| | **HONOR, MI 49640** | **name of "Bay Auto Wash".** | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Mortgage** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **05/28/2008** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2370** | |
| **Do multiple creditors have an<br>interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Honor Bank** | **Describe debtor's property that is subject to a lien** | $164,848.00 | $159,520.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets except real property and** | | |
| | **PO Box 67** | **automobiles** | | |
| | **HONOR, MI 49640** | | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Non-Purchase Money Security-UCC Form 1**<br>**all asset lien filed 4/7/2007 and cont.** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **4/27/2007** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an<br>interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Benzie Leasing, LLC**
_____     Case number (if know) _____
Name

☐ No
☑ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                               ☐ Disputed
**Specified on line 2.1**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,000,034.00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Quick Fix Capital**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** | Line **2.3** | |

In re   **Benzie Leasing, LLC**                                    Case No. _____

_____
Debtor(s)

## SCHEDULE D - CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY
### Attachment A

**Legal description pertaining to 2864 Benzie Hwy., Benzonia, Michigan.  Claim 2.5:**

**A commercial building on a 100 X 660 foot lot, bearing APN 10-02-103-031-00, the location of debtor's operations under the assumed name of "Benzie Wash", legally described as: That part of the Southeast 1/4 of the Southeast 1/4 of Section 3, Town 25 North, Range 15 West; Beginning 40 rods North of the Southeast corner of the Southeast 1/4 of Section 3, Town 25 North, Range 15 West; thence North 100 feet; thence West 40 rods; thence South 100 feet; thence East 40 rods to the point of beginning.**

In re    **Benzie Leasing, LLC**                                                    Case No.  _____
                                    Debtor(s)

### SCHEDULE D - CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY
**Attachment B**

**Legal description pertaining to 2840 Benzie Hwy., Benzonia, Michigan.  Claim 2.4.**

**A commercial building on a 100 X 660 foot lot, bearing APN  02-103-044-00, location of debtor's operations under the assumed name of "Xpress Lube", legally described as:**

**Beginning at a point which is 46 rods 1 foot North of the Southeast corner of the East 1/2 of the Southeast 1/4 of Section 3, Town 25 North, Range 15 West; thence West 40 rods; thence North 100 feet; thence East**

**40 rods; thence South 100 feet to the point of beginning.**

In re    **Benzie Leasing, LLC**                                                    Case No. _____
                                         Debtor(s)

## SCHEDULE D - CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY
### Attachment C


**Legal description pertaining to 110 8th Street, Frankfort, Michigan, 49635.  Claim 2.6.**

**A commercial building on two city lots, bearing APN 51-010-271-00, the location of debtor's Frankfort car washing business operating under the registered name of "Bay Auto Wash", legally described as Lot Nine (9) and 10 (10), Block 25 of the City of Frankfort (formerly Village) Town and Harbor, according to the recorded Plat thereof; EXCEPT the South 70 feet thereof.**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Benzie Leasing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,073.45 | $ 10,073.45 |
| --- | --- | --- | --- |

**State of Michigan**
**Department of Treasury**
**Office of Collections**
**PO Box 77929**
**Detroit, MI 48277-0929**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2014**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **7495**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

**3.1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- |

**Anne Lowe**
**c/o Dingman & Dancer, PLC**
**100 Park Street**
**Traverse City, MI 49684**

Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Personal injury claimant, auto accident**

Debtor   **Benzie Leasing, LLC**                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| Date or dates debt was incurred   **2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **19NF** | ☐ Yes |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,351.00**

**Best One Fleet Service of WM**
**3404 12th**
**Wayland, MI 49348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Supplier**

| | |
|---|---|
| Date or dates debt was incurred   **2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **1108** | ☐ Yes |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,045.00**

**Blarney Castle Oil Co**
**PO Box 246**
**Bear Lake, MI 49614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**   **Business Supplier**

| | |
|---|---|
| Date or dates debt was incurred   **2014** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **1006** | ☐ Yes |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36,228.00**

**Cadillac Wholesale**
**7987 E 34 Rd.**
**Cadillac, MI 49601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Supplier**

| | |
|---|---|
| Date or dates debt was incurred   **2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **2840** | ☐ Yes |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.00**

**EBF Partners, LLC**
**2001 NW 107th Ave.**
**Miami, FL 33172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Debtor  **Benzie Leasing, LLC**                                                Case number *(if known)* _____
_____
Name

Basis for the claim:  **Business Loan**
_____

Date or dates debt was incurred  **04/01/2015**          Is the claim subject to offset?

Last 4 digits of account number  **Unkn**                ■ No
         ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,839.00 |

**Elhart & Horvath, PC**
**329 South Union**
**Traverse City, MI 49684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Attorney Fees**
_____

Date or dates debt was incurred  **2015**          Is the claim subject to offset?

Last 4 digits of account number  **none**                ■ No
         ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,058.00 |

**Express Tire**
**PO Box 1230**
**122 S. Cedar**
**Kalkaska, MI 49646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Supplier**
_____

Date or dates debt was incurred  **2014**          Is the claim subject to offset?

Last 4 digits of account number  **0625**                ■ No
         ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,000.00 |

**Forward Financing LLC**
**36 Bromfield Street 2nd Floor**
**Boston, MA 02108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Loan**
_____

Date or dates debt was incurred  **2014**          Is the claim subject to offset?

Last 4 digits of account number  **Unkn**                ■ No
         ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.00 |

Debtor    **Benzie Leasing, LLC**                                    Case number (if known)
_____
Name

**NAPA Auto Parts**                    Check all that apply.
**PO Box 2047**                        ☐ Contingent
**Norcross, GA 30091**                 ☐ Unliquidated
                                       ☐ Disputed

                                       Basis for the claim:    **Business Supplier**

Date or dates debt was incurred    **2015**    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    **4126**    ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,250.00** |

**NW Michigan Suppliers**              Check all that apply.
**PO Box 503**                         ☐ Contingent
**Honor, MI 49640**                    ☐ Unliquidated
                                       ☐ Disputed

                                       Basis for the claim:    **Business Supplier**

Date or dates debt was incurred    **2015**    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    **none**    ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99,816.00** |

**On Deck Capital, Inc.**              Check all that apply.
**901 N. Stuart St.**                  ☐ Contingent
**Arlington, VA 22203**                ☐ Unliquidated
                                       ■ Disputed

                                       Basis for the claim:    **Business Loan**

Date or dates debt was incurred    **2015**    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    **1992**    ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,554.00** |

**Rowley's Wholesale**                 Check all that apply.
**PO Box 1115**                        ☐ Contingent
**Bay City, MI 48706**                 ☐ Unliquidated
                                       ☐ Disputed

                                       Basis for the claim:    **Business Supplier**

Date or dates debt was incurred    **2014**    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    **8358**    ☐ Yes

---

Debtor   **Benzie Leasing, LLC**                                         Case number (if known) _____
Name

---

| 3.13 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Schneider Tire Company**
1454 Franklin St.
Marne, MI 49435

**As of the petition filing date, the claim is:**    **$16,317.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Supplier**

Date or dates debt was incurred   **2015**

Last 4 digits of account number   **9405**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.14 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**State of Michigan UIA**
PO Box 33598
Detroit, MI 48232-5598

**As of the petition filing date, the claim is:**    **$1,674.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Unemployment Insurance**

Date or dates debt was incurred   **2015**

Last 4 digits of account number   **6000**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **19th Circuit Court**<br>**Case #15-10219-NF**<br>**448 Court Place**<br>**Beulah, MI 49617** | Line  **3.1**<br>☐  Not listed. Explain _____ | |
| 4.2 | **Biehl & Biehl**<br>**PO Box 87410**<br>**CAROL STREAM, IL 60188** | Line  **3.12**<br>☐  Not listed. Explain _____ | |
| 4.3 | **Julie A. Gillum, Esq.**<br>**501 Bay Street**<br>**TRAVERSE CITY, MI 49684** | Line  **3.1**<br>☐  Not listed. Explain _____ | |
| 4.4 | **Mark R. Mueller, Esq.**<br>**Garan Lucow Miller, PC**<br>**1131 E 8th Street**<br>**Traverse City, MI 49686** | Line  **3.1**<br>☐  Not listed. Explain _____ | |

---

Debtor    **Benzie Leasing, LLC**
<br>Name

Case number (*if known*) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 10,073.45 |
| **5b. Total claims from Part 2** | 5b. + | $ 260,026.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 270,099.45 |

**Fill in this information to identify the case:**

Debtor name      **Benzie Leasing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐  Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name **Benzie Leasing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | David Wolfe | 18950 Meadow Lark Rd.<br>Thompsonville, MI 49683 | Rowley's Wholesale | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.2 | David Wolfe | 18950 Meadow Lark Rd.<br>Thompsonville, MI 49683 | Schneider Tire Company | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.3 | David Wolfe | 18950 Meadow Lark Rd.<br>Thompsonville, MI 49683 | Cadillac Wholesale | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.4 | David Wolfe | 18950 Meadow Lark Rd.<br>Thompsonville, MI 49683 | Blarney Castle Oil Co | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.5 | David Wolfe | 18950 Meadow Lark Rd.<br>Thompsonville, MI 49683 | Express Tire | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.6 | David Wolfe | 18950 Meadow Lark Rd.<br>Thompsonville, MI 49683 | NW Michigan Suppliers | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

Debtor    **Benzie Leasing, LLC**                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.7  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **NAPA Auto Parts** | ☐ D _____ <br> ☒ E/F __3.9__ <br> ☐ G _____ |
| 2.8  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **State of Michigan** | ☐ D _____ <br> ☒ E/F __2.1__ <br> ☐ G _____ |
| 2.9  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Honor Bank** | ☒ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Honor Bank** | ☒ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Honor Bank** | ☒ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Honor Bank** | ☒ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Corporate Service Co** | ☒ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Death Valley, LLC** | ☒ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15  **David Wolfe** | **18950 Meadow Lark Rd.** <br> **Thompsonville, MI 49683** | **Funding Metrics** | ☒ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Benzie Leasing, LLC**                                    Case number *(if known)*

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules *that apply:* |
|---|---|---|---|---|
| 2.16 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Forward Financing LLC** | ☐ D _____ ▮ E/F ___3.8___ ☐ G _____ |
| 2.17 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Anne Lowe** | ☐ D _____ ▮ E/F ___3.1___ ☐ G _____ |
| 2.18 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.19 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.20 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Death Valley** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.21 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.22 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.23 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.24 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Death Valley** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Debtor    **Benzie Leasing, LLC**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**
*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.25 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.26 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.27 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.28 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Death Valley** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.29 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.30 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.31 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.32 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Death Valley** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.33 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Debtor    **Benzie Leasing, LLC**                                            Case number *(if known)* _____

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.34 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Death Valley** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Death Valley** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Benzie Leasing, LLC**                                   Case number *(if known)*  _____

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**
*Column 1:* **Codebtor**                                                                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.43 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Death Valley** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.46 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Death Valley** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Death Valley** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor      **Benzie Leasing, LLC**                                        Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**
*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.52 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.53 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.54 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.55 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Death Valley** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.56 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.57 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Honor Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.58 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Corporate Service Co.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.59 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Death Valley** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.60 | **David Wolfe** | **18950 Meadow Lark Rd. Thompsonville, MI 49683** | **Funding Metrics** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

---

| Debtor | **Benzie Leasing, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.61 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **Elhart & Horvath, PC** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.62 | **David Wolfe** | **18950 Meadow Lark Rd.** **Thompsonville, MI 49683** | **On Deck Capital, Inc.** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.63 | **Patricia L. Wolfe** | **8765 Narrow Guage Rd.** **Beulah, MI 49617** | **Honor Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.64 | **Patricia L. Wolfe** | **8765 Narrow Guage Rd.** **Beulah, MI 49617** | **Honor Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.65 | **Patricia L. Wolfe** | **8765 Narrow Guage Rd.** **Beulah, MI 49617** | **Honor Bank** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.66 | **Patricia L. Wolfe** | **8765 Narrow Guage Rd.** **Beulah, MI 49617** | **Honor Bank** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Benzie Leasing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $54,738.00 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $753,395.00 |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $678,345.00 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Benzie Leasing, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Major Oil** | November 2015, December 10, 2015, and January 5, 2016. | $11,183.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Schneider Tire Company**<br>**1454 Franklin St.**<br>**Marne, MI 49435** | November 2015, December 18, 2015 and January 05, 2016. | $15,780.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **K-M Tire** | December 30, 2015 | $6,710.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David Wolfe**<br>**18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683**<br>**Sole member and Manager** | February 01, 2015 - January 26, 2016 | $42,653.30 | **Salary and draws** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Benzie Leasing, LLC                                                    Case number *(if known)*

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Anne Lowe v David A. Wolfe, Benzie Leasing, LLC & Liberty Mutual Insurance Company 15-10219-NF | Personal Injury suit, automobile accident | 19th Circuit Court Case #15-10219-NF 448 Court Place Beulah, MI 49617 | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Corcoran Law Office 617 West Front Street Traverse City, MI 49684 | Attorney Fees | January 20, 2016 | $20,000.00 |
| Email or website address 2corm@charter.net | | | |
| Who made the payment, if not debtor? Benzie Leasing, LLC | | | |

Debtor    **Benzie Leasing, LLC**                                              Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor   **Benzie Leasing, LLC**                                   Case number *(if known)*

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **State Savings Bank - Frankfort** P.O. Box 1169 Frankfort, MI 49635 | XXXX-6701 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed 12/1/2015** | **$5,424.93** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Mike Bentely** 2821 Benzie Hwy Benzonia, MI 49616 | **2840 Benzie HWY** Benzonia, MI 49616 | **1965 Dodge Dart automobile** | **$1,000.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor   **Benzie Leasing, LLC**                              Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Manville & Schell, PC**<br>**815-A Business Park Drive**<br>**Traverse City, MI 49686** | **2007-2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Manville & Schell, PC**<br>**815-A Business Park Drive**<br>**Traverse City, MI 49686** | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Benzie Leasing, LLC**                                          Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Michigan Business Advisors**<br>**2900 Union Lake Rd Ste 2016**<br>**Commerce Township, MI 48382** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Honor Bank**<br>**PO Box 67**<br>**HONOR, MI 49640** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **David Wolfe** | **December 31, 2015** | **$5,854 cash basis** |

| Name and address of the person who has possession of inventory records |
|---|
| **David Wolfe**<br>**2840 Benzie Hwy**<br>**Benzonia, MI 49616** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Wolfe** | **18950 Meadow Lark Rd.**<br>**Thompsonville, MI 49683** | **Sole member and manager** | **100% ownership** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Benzie Leasing, LLC**                                      Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2016**

**/s/ David A. Wolfe**                                    **David A. Wolfe**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Sole Member and Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re  **Benzie Leasing, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 27, 2016**

Signature  **/s/ David A. Wolfe**

**David A. Wolfe**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re  **Benzie Leasing, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Benzie Leasing, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 27, 2016**

Date

**/s/ Michael P. Corcoran**

**Michael P. Corcoran P37555**

Signature of Attorney or Litigant

Counsel for  **Benzie Leasing, LLC**

**Corcoran Law Office**
**617 West Front Street**
**Traverse City, MI 49684**
**(231) 929-7000 Fax:(231) 929-7068**
**2corm@charter.net**